**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**EMILY SOLIMINE and THOMAS FILIACI,**
**on behalf of themselves and**
**all others similarly situated,**

**Plaintiff,**

**v.**

**ABBOTT LABORATORIES, Inc.**

**Defendants.**

**1:09-cv-3107 (AKH)**
**ECF ACTION**

**NOTICE OF JOINT MOTION TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE, that upon Joint Motion the parties will move this Court, before the honorable Alvin K. Hellerstein, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, to stay these proceedings pending the outcome of the United States Supreme Court's ruling on the petition for writ of certiorari in *Christopher v. SmithKline Beecham, Corp.*, No. 11-204 (Aug. 12, 2011). A memorandum of law is being filed simultaneously with this motion.

Dated: September 1, 2011

s/Michael DiChiara (by consent)
Michael DiChiara
DiChiara Law Firm LLC
77 Market Street, Suite 2
Park Ridge, NJ 07656
201.746.0303

JOSEPH & HERZFELD LLP
Charles Joseph (CJ-9442)
757 Third Avenue, 25th Floor
New York, NY 10017
212.688.5640

*Attorneys For Plaintiffs,*
*Emily Solimine and Thomas Filiaci, et. al.*

s/Joseph J. Bernasky
Joseph J. Bernasky (JB-1420)
jjbernasky@jonesday.com
JONES DAY
222 East 41st Street
New York, New York, 10017
212.326.3939

Michael J. Gray (pro hac vice)
mjgray@jonesday.com
Brent D. Knight (pro hac vice)
bdknight@jonesday.com
Efrat R. Schulman (pro hac vice)
eschulman@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601
312.682.3939

*Attorneys for Defendant,*
*Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing JOINT MOTION TO STAY PROCEEDINGS to be served upon the following counsel of record this 1st day of September, 2011 through the Court's ECF system:

JOSEPH & HERZFELD LLP
Charles Joseph (CJ-9442)
757 Third Avenue, 25th Floor
New York, NY 10017
212.688.5640

Michael DiChiara
DiChiara Law Firm LLC
77 Market Street, Suite 2
Park Ridge, NJ 07656
201.746.0303

*Attorneys For Plaintiffs,*
*Emily Solimine and Thomas Filiaci, et al.*

s/Joseph J. Bernasky
Joseph J. Bernasky (JB-1420)
jjbernasky@jonesday.com
JONES DAY
222 East 41st Street
New York, NY 10017-6702
212.326.3939