# JONES DAY

222 EAST 41ST STREET • NEW YORK, NEW YORK 10017-6702
TELEPHONE: 212-326-3939 • FACSIMILE: 212-755-7306

Direct Number: (212) 326-3799
jjbernasky@jonesday.com

JP007649:jjb
080024-645005

September 2, 2011

<u>VIA HAND DELIVERY</u>

Honorable Alvin K. Hellerstein
United States Courthouse
Room 1050
500 Pearl Street
New York, New York  10007

   Re:   <u>Solimine, et al. v. Abbott Laboratories, Inc.</u> (09-civ-3107-AKH)

Dear Honorable Judge Hellerstein:

   Enclosed please find a courtesy copy of the parties' Joint Motion to Stay Proceedings, which was filed electronically with the Court on September 1, 2011 in the above-referenced matter.

                                  Sincerely,

                                  Joseph J. Bernasky

cc (w/o enclosure):   Michael J. Gray, Esq.
                      Brent D. Knight, Esq.
                      Efrat R. Schulman, Esq.
                      Michael DiChiara, Esq.
                      Charles Joseph, Esq.

*Handwritten note from Judge:* The case is stayed until Sep. 7, 2012, at which time attorneys shall appear before me for a conference (cf Rm 14D, 10 a.m.), or sooner notice by either side to end the stay. 9-7-11 /s/ AKH

NYI-4396500v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

[RECEIVED SEP 06 2011 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J. stamp; FILED 9/8/11 stamp]